# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-05448-WDK(Ex) | Date | October 15, 2013 |
|---|---|---|---|
| Title | Joe Hand Promotions Inc. v. Dong Hui Yom | | |

| Present: The Honorable | William D. Keller | |
|---|---|---|
| | Patricia Gomez | |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS)


    On October 10, 2012 Magistrate Judge Eick held a settlement conference, settlement was not reached.  The case has been dormant for over a year.  The Court orders the plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute by October 22, 2013.


    IT IS SO ORDERED.

:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-05448-WDK(Ex) | Date | October 15, 2013 |
|---|---|---|---|
| Title | Joe Hand Promotions Inc. v. Dong Hui Yom | | |

Initials of Preparer